```
                    IN THE UNITED STATES DISTRICT COURT
                     FOR THE MIDDLE DISTRICT OF GEORGIA
                               ATHENS DIVISION
```

MICHAEL R. HANNAH,                  *

      Petitioner              *

vs.                                 *
                                              CASE NO. 3:07-CV-20 (CDL)
ALEXIS E. L. CHASE, Warden,         *

      Respondent              *

## ORDER ON RECOMMENDATION

    This matter is before the Court pursuant to a Recommendation of the United States Magistrate Judge entered on February 12, 2010. Neither party has filed an objection to this Recommendation as permitted by 28 U.S.C. § 636(b)(1), and therefore, the Court reviews the Recommendation for plain error. Finding no plain error or manifest injustice, the Court adopts the Recommendation of the Magistrate Judge and makes it the order of this Court.

    IT IS SO ORDERED, this 9th day of March, 2010.

                                                      S/Clay D. Land
                                                          CLAY D. LAND
                                            UNITED STATES DISTRICT JUDGE